**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THROUGHTEK CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>REOLINK INNOVATION INC., REOLINK INNOVATION CO., LTD. (CHINA), AMAZON.COM INC., HOME DEPOT USA, INC., LOWE'S HOME IMPROVEMENT, LLC, MICRO CENTER INC., TARGET CORPORATION, and WALMART INC.,<br><br>Defendants. | C.A. No. 1:23-cv-00218-GBW-SRF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Plaintiff ThroughTEK Co., Ltd. ("ThroughTEK") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order entered on April 19, 2024 (Dkt. No. 61), and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto, incorporated within, or underlying the Order that are adverse to ThroughTEK.

Respectfully submitted,

Dated: April 30, 2024

Of Counsel:

**WPAT, P.C. Law Group Virginia**
Justin King
8230 Boone Blvd. Suite 405
Vienna, VA 22182
703-639-0151
jking@wpat.com

**O'KELLY & O'ROURKE, LLC**

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke (No. 3265)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4002
gorourke@okorlaw.com

*Attorneys for Plaintiffs*

**Aitken Law Offices**
Andrew C. Aitken
P.O. Box 18190
Wheaton, MD 20915
301-537-3299
acaitken@aitkenlawoffices.com

CLOSED,APPEAL,CASREF,PATENT

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00218-GBW-SRF
## Internal Use Only

ThroughTEK Co., Ltd. v. Reolink Innovation Inc. et al
Assigned to: Judge Gregory B. Williams
Referred to: Judge Sherry R. Fallon
Related Case: 1:24-cv-00169-GBW
Cause: 35:1 Patent Infringement

Date Filed: 02/28/2023
Date Terminated: 04/29/2024
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ThroughTEK Co., Ltd.**     represented by     **Gerard M. O'Rourke**
O'Kelly & O'Rourke, LLC
824 N. Market Street
Suite 1001a
Wilmington, DE 19801-1186
302-778-4002
Email: gorourke@okorlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Aitken**
Email: acaitken@aitkenlawoffices.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin I. King**
Email: tutk@wpat.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Reolink Innovation Inc.**     represented by     **John C. Phillips , Jr.**
Phillips, McLaughlin & Hall, P.A.
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
Email: jcp@pmhdelaw.com
*TERMINATED: 02/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Oakes**
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114


CERTIFIED AS A TRUE COPY:
RANDALL LOHAN, CLERK
BY: jfm
DEPUTY CLERK

Wilmington, DE 19899-1114
302-778-8477
Email: Oakes@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Barkan**
Email: barkan@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Bilson**
Phillips, Goldman, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4200
Fax: 302-655-4210
Email: dab@pgmhlaw.com
*TERMINATED: 02/12/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shenzhen Reolink Technology Co., Ltd.**   represented by   **John C. Phillips , Jr.**
(See above for address)
*TERMINATED: 02/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Oakes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Barkan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Bilson**
(See above for address)
*TERMINATED: 02/12/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon.com, Inc.**   represented by   **Brian A. Biggs**
*TERMINATED: 09/07/2023*                         DLA Piper LLP
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
302-468-5661
Email: brian.biggs@dlapiper.com
*TERMINATED: 09/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **David A. Bilson**
        (See above for address)
        *TERMINATED: 08/09/2023*
        *ATTORNEY TO BE NOTICED*

        **John C. Phillips , Jr.**
        (See above for address)
        *TERMINATED: 08/09/2023*
        *ATTORNEY TO BE NOTICED*

        **Stephanie E. O'Byrne**
        DLA Piper LLP (US)
        1201 N. Market Street
        Suite 2100
        Wilmington, DE 19801
        302-468-5645
        Fax: 302-691-4745
        Email: Stephanie.OByrne@us.dlapiper.com
        *TERMINATED: 09/07/2023*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Home Depot U.S.A. Inc.**      represented by    **David A. Bilson**
*TERMINATED: 03/15/2023*                                (See above for address)
                                                               *TERMINATED: 09/06/2023*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Lowes Home Improvement, LLC.**    represented by    **John C. Phillips , Jr.**
*TERMINATED: 09/06/2023*                                (See above for address)
                                                               *TERMINATED: 09/06/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

        **David A. Bilson**
        (See above for address)
        *TERMINATED: 09/06/2023*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Micro Center Inc.**      represented by    **John C. Phillips , Jr.**
*TERMINATED: 09/06/2023*                                (See above for address)
                                                               *TERMINATED: 09/06/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

        **David A. Bilson**
        (See above for address)
        *TERMINATED: 09/06/2023*
        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Target Corporation**<br>*TERMINATED: 09/06/2023* | represented by | **Kaan Ekiner**<br>Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>302-295-2046<br>Email: kekiner@cozen.com<br>*TERMINATED: 09/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Walmart Inc.**<br>*TERMINATED: 09/06/2023* | represented by | **John C. Phillips , Jr.**<br>(See above for address)<br>*TERMINATED: 09/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David A. Bilson**<br>(See above for address)<br>*TERMINATED: 09/06/2023*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephanie E. O'Byrne**<br>(See above for address)<br>*TERMINATED: 05/17/2023*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2023 | 1 | COMPLAINT for PATENT INFRINGEMENT filed with Jury Demand against Amazon.com, Inc., Home Depot U.S.A. Inc., Lowes Home Improvement, LLC., Micro Center Inc., Reolink Innovation Co. Ltd (China), Reolink Innovation Inc., Target Corporation, Walmart Inc. (Filing fee $ 402, receipt number ADEDC-4078452.) - filed by ThroughTEK Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(jfm) (Entered: 03/01/2023) |
| 02/28/2023 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (jfm) (Entered: 03/01/2023) |
| 02/28/2023 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) RE47,842. (jfm) (Entered: 03/01/2023) |
| 02/28/2023 | 4 | Disclosure Statement pursuant to Rule 7.1: identifying filed by ThroughTEK Co., Ltd. (jfm) (Entered: 03/01/2023) |
| 02/28/2023 | 5 | Summons Issued as to Amazon.com, Inc. on 3/1/2023; Home Depot U.S.A. Inc. on 3/1/2023; Lowes Home Improvement, LLC. on 3/1/2023; Micro Center Inc. on 3/1/2023; Reolink Innovation Co. Ltd (China) on 3/1/2023; Reolink Innovation Inc. on 3/1/2023; Target Corporation on 3/1/2023; Walmart Inc. on 3/1/2023. (Attachments: # 1 Summons Issued Home Depot USA Inc., # 2 Summons Issued Lowes Home Improvement, LLC., # 3 Micro Center Inc., # 4 Reolink Innovation Co., Ltd (China), # 5 Reolink Innovation Inc., # 6 Target Coproration, # 7 Walmart Inc.)(jfm) (Entered: 03/01/2023) |

| | | |
|---|---|---|
| 03/01/2023 | 6 | SUMMONS Returned Executed by ThroughTEK Co., Ltd..Amazon.com, Inc. served on 3/1/2023, answer due 3/22/2023; Home Depot U.S.A. Inc. served on 3/1/2023, answer due 3/22/2023; Lowes Home Improvement, LLC. served on 3/1/2023, answer due 3/22/2023; Micro Center Inc. served on 3/1/2023, answer due 3/22/2023; Reolink Innovation Inc. served on 3/1/2023, answer due 3/22/2023; Target Corporation served on 3/1/2023, answer due 3/22/2023; Walmart Inc. served on 3/1/2023, answer due 3/22/2023. (O'Rourke, Gerard) (Entered: 03/01/2023) |
| 03/08/2023 | | Case Assigned to Judge Gregory B. Williams. Please include the initials of the Judge (GBW) after the case number on all documents filed. (rjb) (Entered: 03/08/2023) |
| 03/13/2023 | 7 | NOTICE of Appearance by Kaan Ekiner on behalf of Target Corporation (Ekiner, Kaan) (Entered: 03/13/2023) |
| 03/13/2023 | 8 | STIPULATION TO EXTEND TIME for Defendant Target Corporation to respond to the Complaint to May 22, 2023 - filed by Target Corporation. (Ekiner, Kaan) (Entered: 03/13/2023) |
| 03/14/2023 | | SO ORDERED, re 8 STIPULATION TO EXTEND TIME for Defendant Target Corporation to respond to the Complaint to May 22, 2023 filed by Target Corporation. Signed by Judge Gregory B. Williams on 3/14/23. (ntl) (Entered: 03/14/2023) |
| 03/15/2023 | 9 | NOTICE of Voluntary Dismissal by ThroughTEK Co., Ltd. as to HOME DEPOT USA INC. (O'Rourke, Gerard) (Entered: 03/15/2023) |
| 03/15/2023 | 🔒 | (Court only) *** Party Home Depot U.S.A. Inc. terminated. (ntl) (Entered: 03/16/2023) |
| 03/21/2023 | 10 | STIPULATION Stipulation On Waiver Of Service And [Proposed] Order To Extend Time by Amazon.com, Inc., Lowes Home Improvement, LLC., Micro Center Inc., Reolink Innovation Co. Ltd (China), Reolink Innovation Inc.. (Phillips, John) (Entered: 03/21/2023) |
| 03/21/2023 | 11 | Joint STIPULATION TO EXTEND TIME to Answer complaint to May 22, 2023 - filed by Walmart Inc.. (O'Byrne, Stephanie) (Entered: 03/21/2023) |
| 03/21/2023 | 🔒 | (Court only) ***Attorney John C. Phillips, Jr,David A. Bilson for Amazon.com, Inc.,John C. Phillips, Jr,David A. Bilson for Lowes Home Improvement, LLC.,John C. Phillips, Jr,David A. Bilson for Micro Center Inc.,John C. Phillips, Jr,David A. Bilson for Reolink Innovation Co. Ltd (China),John C. Phillips, Jr,David A. Bilson for Reolink Innovation Inc. added. (ntl) (Entered: 03/22/2023) |
| 03/22/2023 | | SO ORDERED, re 10 Stipulation On Waiver Of Service And [Proposed] Order To Extend Time filed by Reolink Innovation Inc., Micro Center Inc., Reolink Innovation Co. Ltd (China), Amazon.com, Inc., Lowes Home Improvement, LLC.; 11 Joint STIPULATION TO EXTEND TIME to Answer complaint to May 22, 2023 filed by Walmart Inc. Signed by Judge Gregory B. Williams on 3/22/23. (ntl) (Entered: 03/22/2023) |
| 05/17/2023 | 12 | NOTICE OF SUBSTITUTION OF COUNSEL re Walmart Inc.: Entry of appearance of attorney David A. Bilson. Attorney Brian A. Biggs and Stephanie O'Byrne terminated. (Bilson, David) (Entered: 05/17/2023) |
| 05/17/2023 | 13 | STIPULATION TO EXTEND TIME for Defendants to answer, move or otherwise respond to the Complaint (D.I. 1) to June 21, 2023 - filed by Walmart Inc.. (Bilson, David) (Entered: 05/17/2023) |
| 05/18/2023 | | SO ORDERED, re 13 STIPULATION TO EXTEND TIME for Defendants to answer, move or otherwise respond to the Complaint (D.I. 1) to June 21, 2023 filed by |

| | | |
|---|---|---|
| | | Walmart Inc. Signed by Judge Gregory B. Williams on 5/18/23. (ntl) (Entered: 05/18/2023) |
| 06/20/2023 | 14 | STIPULATION TO EXTEND TIME for Defendants to answer, move or otherwise respond to the Complaint (D.I. 1) to July 12, 2023 - filed by Amazon.com, Inc., Lowes Home Improvement, LLC., Micro Center Inc., Reolink Innovation Co. Ltd (China), Reolink Innovation Inc., Walmart Inc.. (Bilson, David) (Entered: 06/20/2023) |
| 06/21/2023 | | SO ORDERED, re 14 STIPULATION TO EXTEND TIME for Defendants to answer, move or otherwise respond to the Complaint (D.I. 1) to July 12, 2023 filed by Reolink Innovation Inc., Micro Center Inc., Reolink Innovation Co. Ltd (China), Amazon.com, Inc., Lowes Home Improvement, LLC., Walmart Inc. Signed by Judge Gregory B. Williams on 6/21/23. (ntl) (Entered: 06/21/2023) |
| 07/12/2023 | 15 | STIPULATION TO EXTEND TIME For Defendants Reolink Innovation Inc., Reolink Innovation Co., Ltd. (China), Amazon.com Inc., Lowe's Home Improvement, LLC, Micro Center Inc. and Walmart Inc. to answer, move or otherwise respond to the Complaint (D.I. 1) to August 11, 2023 - filed by Amazon.com, Inc., Home Depot U.S.A. Inc., Lowes Home Improvement, LLC., Micro Center Inc., Reolink Innovation Co. Ltd (China), Reolink Innovation Inc., Walmart Inc.. (Bilson, David) (Entered: 07/12/2023) |
| 07/12/2023 | 16 | STIPULATION TO EXTEND TIME for Defendant Target Corporation to respond to the Complaint to August 11, 2023 - filed by Target Corporation. (Ekiner, Kaan) (Entered: 07/12/2023) |
| 07/13/2023 | | SO ORDERED, re 16 STIPULATION TO EXTEND TIME for Defendant Target Corporation to respond to the Complaint to August 11, 2023 filed by Target Corporation; 15 STIPULATION TO EXTEND TIME For Defendants Reolink Innovation Inc., Reolink Innovation Co., Ltd. (China), Amazon.com Inc., Lowe's Home Improvement, LLC, Micro Center Inc. and Walmart Inc. to answer, move or otherwise respond to the Complaint (D.I. 1) to August 11, 2023 filed by Reolink Innovation Inc., Home Depot U.S.A. Inc., Micro Center Inc., Reolink Innovation Co. Ltd (China), Amazon.com, Inc., Lowes Home Improvement, LLC., Walmart Inc. Signed by Judge Gregory B. Williams on 7/13/23. (ntl) (Entered: 07/13/2023) |
| 08/09/2023 | 17 | NOTICE OF SUBSTITUTION OF COUNSEL re Amazon.com, Inc.: Entry of appearance of attorney Stephanie E. O'Byrne. Attorney John C. Phillips, Jr. and David A. Bilson of Phillips terminated. (O'Byrne, Stephanie) (Entered: 08/09/2023) |
| 08/09/2023 | 18 | MOTION to Dismiss for Failure to State a Claim - filed by Lowes Home Improvement, LLC., Micro Center Inc., Reolink Innovation Inc., Walmart Inc.. (Attachments: # 1 Proposed Order)(Phillips, John) (Entered: 08/09/2023) |
| 08/09/2023 | 19 | OPENING BRIEF in Support re 18 MOTION to Dismiss for Failure to State a Claim filed by Lowes Home Improvement, LLC., Micro Center Inc., Reolink Innovation Inc., Walmart Inc..Answering Brief/Response due date per Local Rules is 8/23/2023. (Attachments: # 1 Exhibit 1)(Phillips, John) (Entered: 08/09/2023) |
| 08/09/2023 | 20 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Shenzhen Reolink Technology Co., Ltd. for Reolink Innovation Inc. filed by Reolink Innovation Inc.. (Phillips, John) (Entered: 08/09/2023) |
| 08/09/2023 | 21 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Lowe's Companies, Inc. for Lowes Home Improvement, LLC. filed by Lowes Home Improvement, LLC.. (Phillips, John) (Entered: 08/09/2023) |

| | | |
|---|---|---|
| 08/09/2023 | 22 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Micro Electronics, Inc. for Micro Center Inc. filed by Micro Center Inc.. (Phillips, John) (Entered: 08/09/2023) |
| 08/09/2023 | 23 | MOTION to Dismiss for Failure to State a Claim - filed by Amazon.com, Inc.. (Attachments: # 1 Text of Proposed Order)(O'Byrne, Stephanie) (Entered: 08/09/2023) |
| 08/09/2023 | 24 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Walmart Inc.. (Phillips, John) (Entered: 08/09/2023) |
| 08/09/2023 | 25 | OPENING BRIEF in Support re 23 MOTION to Dismiss for Failure to State a Claim filed by Amazon.com, Inc..Answering Brief/Response due date per Local Rules is 8/23/2023. (O'Byrne, Stephanie) (Entered: 08/09/2023) |
| 08/09/2023 | 26 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Amazon.com, Inc.. (O'Byrne, Stephanie) (Entered: 08/09/2023) |
| 08/09/2023 | 🔒 | (Court only) *** Attorney David A. Bilson and John C. Phillips, Jr terminated for Amazon.com Inc. (ntl) (Entered: 08/10/2023) |
| 08/11/2023 | 27 | JOINDER by Target Corporation, joining in 18 Motion to Dismiss for Failure to State a Claim . (Attachments: # 1 Text of Proposed Order)(Ekiner, Kaan) (Entered: 08/11/2023) |
| 08/11/2023 | 28 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Target Corporation. (Ekiner, Kaan) (Entered: 08/11/2023) |
| 08/11/2023 | 29 | JOINDER by Amazon.com, Inc., joining in 18 Motion to Dismiss for Failure to State a Claim . (Attachments: # 1 Text of Proposed Order)(O'Byrne, Stephanie) (Entered: 08/11/2023) |
| 08/23/2023 | 30 | STIPULATION TO EXTEND TIME Plaintiff answering brief to Motion to Dismiss extend to September 6, 2023 to September 6, 2023 - filed by ThroughTEK Co., Ltd.. (O'Rourke, Gerard) (Entered: 08/23/2023) |
| 08/23/2023 | 31 | STIPULATION TO EXTEND TIME Plaintiff answering brief in response to Amazon.com's Motion to Dismiss to September 6, 2023 - filed by ThroughTEK Co., Ltd.. (O'Rourke, Gerard) (Entered: 08/23/2023) |
| 08/24/2023 | | SO ORDERED, re 30 STIPULATION TO EXTEND TIME for Plaintiff's answering brief to Motion to Dismiss extended to September 6, 2023; 31 STIPULATION TO EXTEND TIME for Plaintiff's answering brief in response to Amazon.com's Motion to Dismiss to September 6, 2023. Signed by Judge Gregory B. Williams on 8/24/23. (ntl) (Entered: 08/24/2023) |
| 09/06/2023 | 32 | ANSWERING BRIEF in Opposition re 18 MOTION to Dismiss for Failure to State a Claim filed by ThroughTEK Co., Ltd..Reply Brief due date per Local Rules is 9/13/2023. (O'Kelly, Sean) (Entered: 09/06/2023) |
| 09/06/2023 | 33 | NOTICE of Voluntary Dismissal by ThroughTEK Co., Ltd. as to Defendants Home Depot USA, Inc., Lowes Home Improvement, LLC, Micro Center Inc., Target Corporation and Walmart Inc. (O'Kelly, Sean) Modified on 9/7/2023 (ntl). (Entered: 09/06/2023) |
| 09/06/2023 | 34 | STIPULATION and Order of Dismissal of Amazon.com, Inc. by ThroughTEK Co., Ltd. (ntl) (Entered: 09/07/2023) |
| 09/06/2023 | 🔒 | (Court only) *** Party Target Corporation, Walmart Inc., Lowes Home Improvement, LLC. and Micro Center Inc. terminated. Attorney John C. Phillips, Jr; David A. Bilson |

| | | |
|---|---|---|
| | | and Kaan Ekiner terminated. (ntl) (Entered: 09/07/2023) |
| 09/07/2023 | 35 | SO ORDERED, re 34 Stipulation of Dismissal filed by ThroughTEK Co., Ltd. -- Party Amazon.com, Inc. terminated. Attorney Brian A. Biggs and Stephanie E. O'Byrne terminated. Signed by Judge Gregory B. Williams on 9/7/23. (ntl) (Entered: 09/07/2023) |
| 09/27/2023 | 36 | REPLY BRIEF re 18 MOTION to Dismiss for Failure to State a Claim filed by Reolink Innovation Inc.. (Phillips, John) (Entered: 09/27/2023) |
| 10/04/2023 | 37 | ORAL ORDER REFERRING CASE TO Magistrate Judge Sherry R. Fallon: IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Sherry R. Fallon to hear and resolve all pre-trial matters up to and including expert discovery matters (but not including summary judgment motions, Daubert motions, pre-trial motions in limine, or the pre-trial conference), subject to 28 U.S.C. §636(b) and any further Order of the Court. ORDERED by Judge Gregory B. Williams on 10/4/23. (ntl) (Entered: 10/04/2023) |
| 10/06/2023 | | REQUEST: Per Magistrate Judge Fallon's Standing Order Regarding Courtesy Copies, which requires two (2) courtesy copies of all briefs and two (2) copies of any other document filed in support of any briefs (i.e., appendices, exhibits, declarations, affidavits etc.), please submit to the Clerk's Office two copies of D.I. # 32 . (lih) (Entered: 10/06/2023) |
| 10/17/2023 | | SECOND REQUEST: Per Magistrate Judge Fallon's Standing Order Regarding Courtesy Copies, which requires two (2) courtesy copies of all briefs and two (2) copies of any other document filed in support of any briefs (i.e., appendices, exhibits, declarations, affidavits etc.), please submit to the Clerk's Office two copies of D.I. # 32 . (lih) (Entered: 10/17/2023) |
| 02/05/2024 | 38 | REPORT AND RECOMMENDATIONS- re 18 MOTION to Dismiss for Failure to State a Claim. Please note that when filing Objections pursuant to Federal Rule of Civil Procedure 72(b)(2), briefing consists solely of the Objections (no longer than ten (10) pages) and the Response to the Objections (no longer than ten (10) pages). No further briefing shall be permitted with respect to objections without leave of the Court. Objections to R&R due by 2/20/2024. Signed by Judge Sherry R. Fallon on 2/5/2024. (lih) (Entered: 02/05/2024) |
| 02/05/2024 | 39 | ORAL ORDER SETTING RULE 16(b) CONFERENCE: IT IS HEREBY ORDERED that: (1) A scheduling teleconference pursuant to Fed. R. Civ. P. 16(b) will be held on March 5, 2024 at 1:00 P.M. (2) The parties are required to prepare for the teleconference by conferring on all matters under Rule 16 and D. Del. LR 16 and shall submit a proposed Scheduling Order to the Court no later than February 29, 2024. The Court's form of scheduling order is posted at https://www.ded.uscourts.gov/judge/magistrate-judge-sherry-r-fallon. Portions of the proposed scheduling order falling outside the scope of the referral to the Magistrate Judge (such as summary judgment motions, Daubert motions, pre-trial motions in limine, the pre-trial conference, and trial) shall conform with Judge Williams' form of scheduling order found at https://www.ded.uscourts.gov /judge/judge-gregory-b-williams. If the parties have any suggestions or modifications to the standard Scheduling Order, they may be included in the proposed order for consideration by the Court. (3) If any disputed issue exists regarding the proposed Scheduling Order, it shall be noted therein, along with the parties' proposed language on the issue for consideration by the Court. Ordered by Judge Sherry R. Fallon on 2/5/2024. (lih) (Entered: 02/05/2024) |

| | | |
|---|---|---|
| 02/12/2024 | 40 | NOTICE OF SUBSTITUTION OF COUNSEL re Reolink Innovation Co. Ltd (China), Reolink Innovation Inc.: Entry of appearance of attorney Robert M. Oakes. Attorney John C. Phillips, Jr, David A. Bilson, Gregory C. Bays, Aaron R. Feigelson, Ph.D. and Pei Raymond Chen, Ph.D terminated. (Oakes, Robert) (Entered: 02/12/2024) |
| 02/12/2024 | 🔒 | (Court only) *** Attorney David A. Bilson and John C. Phillips, Jr terminated per D.I. 40 . (lih) (Entered: 02/12/2024) |
| 02/14/2024 | 41 | MOTION for Pro Hac Vice Appearance of Attorney David M. Barkan - filed by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc.. Motions referred to Sherry R. Fallon.(Oakes, Robert) (Entered: 02/14/2024) |
| 02/14/2024 | 42 | Pro Hac Vice Fee - Credit Card Payment received for David M. Barkan. ( re 41 MOTION for Pro Hac Vice Appearance of Attorney David M. Barkan )( Payment of $ 50, receipt number ADEDC-4338214).(Oakes, Robert) (Entered: 02/14/2024) |
| 02/14/2024 | | SO ORDERED- re 41 MOTION for Pro Hac Vice Appearance of Attorney David M. Barkan. Signed by Judge Sherry R. Fallon on 2/14/2024. (lih) (Entered: 02/14/2024) |
| 02/15/2024 | | Pro Hac Vice Attorney David M. Barkan for Reolink Innovation Co. Ltd (China) and Reolink Innovation Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 02/15/2024) |
| 02/20/2024 | 43 | OBJECTIONS by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc. to 38 REPORT AND RECOMMENDATIONS re 18 MOTION to Dismiss for Failure to State a Claim filed by Reolink Innovation Inc., Micro Center Inc., Lowes Home Improvement, LLC., Walmart Inc.. Please note that when filing Objections pursuant to F . (Oakes, Robert) (Entered: 02/20/2024) |
| 02/21/2024 | 44 | MOTION for Pro Hac Vice Appearance of Attorney Justin King - filed by ThroughTEK Co., Ltd.. Motions referred to Sherry R. Fallon.(O'Rourke, Gerard) (Entered: 02/21/2024) |
| 02/21/2024 | 45 | MOTION for Pro Hac Vice Appearance of Attorney Andrew C. Aitken - filed by ThroughTEK Co., Ltd.. Motions referred to Sherry R. Fallon.(O'Rourke, Gerard) (Entered: 02/21/2024) |
| 02/21/2024 | 46 | Pro Hac Vice Fee - Credit Card Payment received for Justin King and Andrew C. Aitken. ( re 45 MOTION for Pro Hac Vice Appearance of Attorney Andrew C. Aitken, 44 MOTION for Pro Hac Vice Appearance of Attorney Justin King )( Payment of $ 100, receipt number ADEDC-4343761).(O'Rourke, Gerard) (Entered: 02/21/2024) |
| 02/21/2024 | | SO ORDERED- re 45 MOTION for Pro Hac Vice Appearance of Attorney Andrew C. Aitken, 44 MOTION for Pro Hac Vice Appearance of Attorney Justin King. Signed by Judge Sherry R. Fallon on 2/21/2024. (lih) (Entered: 02/21/2024) |
| 02/23/2024 | | Pro Hac Vice Attorney Justin I. King and Andrew C. Aitken for ThroughTEK Co., Ltd., added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mkr) (Entered: 02/23/2024) |
| 02/29/2024 | 47 | Joint PROPOSED Scheduling Order by ThroughTEK Co., Ltd.. (O'Rourke, Gerard) Modified on 2/29/2024 (lih). (Entered: 02/29/2024) |
| 03/01/2024 | 48 | SCHEDULING ORDER: Joinder of Parties due by 5/7/2024. Amended Pleadings due by 5/7/2024. Discovery due by 3/29/2025. Opening Expert Reports due by 5/9/2025. Rebuttal Expert Reports due by 6/13/2025. Reply Expert Reports due by 7/8/2025. Expert Discovery due by 8/7/2025. A Status Conference is set for 4/10/2025 at 01:00 |

| | | |
|---|---|---|
| | | PM before Judge Sherry R. Fallon. Status Report due by 4/4/2025. Dispositive Motions due by 9/4/2025. Claim Construction Opening Brief due by 10/4/2024. Claim Construction Answering Brief due by 10/18/2024. Claim Construction Reply Brief due by 10/25/2024. Claim Construction Surreply Brief due by 11/1/2024. Joint Claim Construction Brief due by 11/8/2024. A Markman Hearing is set for 12/11/2024 at 10:00 AM in Courtroom 6C before Judge Sherry R. Fallon. Proposed Pretrial Order due by 1/27/2026. A Pretrial Conference is set for 2/3/2026 at 03:00 PM in Courtroom 6B before Judge Gregory B. Williams. A 3-day Jury Trial is set to begin on 2/9/2026 at 09:30 AM in Courtroom 6B before Judge Gregory B. Williams. IT IS ORDERED that, on or before close of business on March 4, 2024, the parties shall submit a chart of the relevant deadlines in this scheduling order in accordance with Judge Williams' form of patent scheduling order. (PLEASE REFER TO SCHEDULING ORDER FOR FURTHER DETAILS.) Signed by Judge Sherry R. Fallon on 3/1/2024. (lih) (Entered: 03/01/2024) |
| 03/04/2024 | 49 | EXHIBIT re 48 Scheduling Order by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc.. (Oakes, Robert) Modified on 3/5/2024 (lih). (Entered: 03/04/2024) |
| 03/05/2024 | 50 | ORAL ORDER- IT IS HEREBY ORDERED that the rule 16 scheduling teleconference set in this matter for today at 1:00 p.m. is CANCELLED. Ordered by Judge Sherry R. Fallon on 3/5/2024. (lih) (Entered: 03/05/2024) |
| 03/14/2024 | 51 | STIPULATION TO EXTEND TIME to submit a Protective Order to March 28, 2024 - filed by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc.. (Oakes, Robert) (Entered: 03/14/2024) |
| 03/15/2024 | | SO ORDERED, re 51 STIPULATION TO EXTEND TIME to submit a Protective Order to March 28, 2024. Signed by Judge Sherry R. Fallon on 3/15/2024. (Polito, Rebecca) (Entered: 03/15/2024) |
| 03/15/2024 | 52 | STIPULATION TO EXTEND TIME to make initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) to March 28, 2024 - filed by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc.. (Oakes, Robert) (Entered: 03/15/2024) |
| 03/15/2024 | | SO ORDERED, re 52 STIPULATION TO EXTEND TIME to make initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) to March 28, 2024. Signed by Judge Sherry R. Fallon on 3/15/2024. (Polito, Rebecca) (Entered: 03/15/2024) |
| 03/28/2024 | 53 | STIPULATED Protective Order by ThroughTEK Co., Ltd.. (O'Rourke, Gerard) Modified on 3/28/2024 (lih). (Entered: 03/28/2024) |
| 03/28/2024 | 54 | NOTICE OF SERVICE of Plaintiff's Rule 26(a)(1) Initial Disclosures filed by ThroughTEK Co., Ltd..(O'Rourke, Gerard) (Entered: 03/28/2024) |
| 03/28/2024 | 55 | NOTICE OF SERVICE of Defendants Reolink Innovation Inc. and Reolink Innovation Co., Ltd. (China) Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) filed by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc..(Oakes, Robert) (Entered: 03/28/2024) |
| 03/28/2024 | 56 | PROTECTIVE ORDER. Signed by Judge Sherry R. Fallon on 3/28/2024. (lih) (Entered: 03/28/2024) |
| 04/01/2024 | 57 | NOTICE OF SERVICE of Defendants Reolink Innovation Inc. and Reolink Innovation Co., Ltd. (China)'s Paragraph 3 Initial Disclosures filed by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc..(Oakes, Robert) (Entered: 04/01/2024) |
| 04/12/2024 | 58 | NOTICE OF SERVICE of Plaintiff's Paragraphs 3 & 4 Initial Disclosures filed by |

| | | |
|---|---|---|
| | | ThroughTEK Co., Ltd..(O'Rourke, Gerard) (Entered: 04/12/2024) |
| 04/15/2024 | | CORRECTING ENTRY: The document previously filed as D.I. 59 has been deleted. A revised version of the document will be filed at a later time. (lih) (Entered: 04/15/2024) |
| 04/15/2024 | | CORRECTING ENTRY: Pursuant to conversation with the filer, the document previously filed as D.I. 59 has been deleted. A revised version of the document will be filed at a later time. (lih) (Entered: 04/15/2024) |
| 04/15/2024 | 59 | STIPULATION to substitute party name Reolink Innovation Co., Ltd (China) with Shenzhen Reolink Technology Co., Ltd. by Reolink Innovation Co. Ltd (China), Reolink Innovation Inc.. (Oakes, Robert) Modified on 4/16/2024 (lih). (Entered: 04/15/2024) |
| 04/16/2024 | | Remark: Party name updated per D.I. 59 . (lih) (Entered: 04/16/2024) |
| 04/19/2024 | 60 | MEMORANDUM OPINION re 38 Report and Recommendation. Signed by Judge Gregory B. Williams on 4/19/24. (ntl) (Entered: 04/19/2024) |
| 04/19/2024 | 61 | ORDER re 60 Memorandum Opinion -- IT IS HEREBY ORDERED that: 1. The recommended disposition contained in the Report and Recommendation from the Magistrate Judge (D.I. 38) is rejected and Defendants' objections to the Report and Recommendation (D.I. 43) are sustained; and 2. Defendants' Motion to Dismiss Plaintiff ThroughTEK Co. Ltd.'s Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (D.I. 18) is GRANTED. Signed by Judge Gregory B. Williams on 4/19/24. (ntl) (Entered: 04/19/2024) |
| 04/29/2024 | | CASE CLOSED (ntl) (Entered: 04/29/2024) |
| 04/29/2024 | 62 | Report to the Commissioner of Patents and Trademarks. (ntl) (Entered: 04/29/2024) |
| 04/30/2024 | 63 | NOTICE OF APPEAL to the Federal Circuit of 61 Order,, . Appeal filed by ThroughTEK Co., Ltd.. (O'Rourke, Gerard) (Entered: 04/30/2024) |
| 04/30/2024 | | APPEAL - Credit Card Payment received re 63 Notice of Appeal (Federal Circuit) filed by ThroughTEK Co., Ltd.. ( Filing fee $605, receipt number ADEDC-4396222.) (O'Rourke, Gerard) (Entered: 04/30/2024) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THROUGHTEK CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>REOLINK INNOVATION INC., REOLINK INNOVATION CO., LTD. (CHINA), AMAZON.COM INC., HOME DEPOT USA, INC., LOWE'S HOME IMPROVEMENT, LLC, MICRO CENTER INC., TARGET CORPORATION, and WALMART INC.,<br><br>Defendants. | Civil Action No. 23-218-GBW |

## ORDER

At Wilmington this 19th day of April 2024, consistent with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. The recommended disposition contained in the Report and Recommendation from the Magistrate Judge (D.I. 38) is rejected and Defendants' objections to the Report and Recommendation (D.I. 43) are sustained; and

2. Defendants' Motion to Dismiss Plaintiff ThroughTEK Co. Ltd.'s Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (D.I. 18) is **GRANTED**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE